

**Justin M. Garbaccio**
Executive Director, Counsel
Office of the General Counsel

**Oppenheimer & Co. Inc.**
85 Broad Street
25th Floor
New York, NY 10004
Phone:   (212) 667-6379
justin.garbaccio@opco.com

Transacts Business on All Principal Exchanges

January 3, 2020

**VIA ECF**

Honorable Vernon S. Broderick
U.S. District Judge
U.S. District Court for the
  Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom 518
New York, New York  10007

    Re:    *Oppenheimer & Co. Inc. v. Internet Gold-Golden Lines Ltd., et al.,*
             19-CV-10800 (VSB)(OTW)

Dear Judge Broderick:

    I represent plaintiff Oppenheimer & Co. Inc. ("Oppenheimer") in the above-referenced action.  Pursuant to Rule 1.G. of Your Honor's Individual Rules and Practices in Civil Cases, Oppenheimer writes to respectfully request an extension of defendants Internet Gold-Golden Lines Ltd. and Reznik Paz Nevo Trusts Ltd.'s ("Defendants") time to respond to the complaint until February 3, 2020.  Currently, Defendants' responses to the complaint are due on January 7, 2020.  There has been one prior request for an extension, which the Court granted on December 12, 2019.  The Defendants consent to this extension.  Oppenheimer is requesting this extension because the parties are actively engaged in resolving this matter, have made significant progress and require the extension to further those efforts.  No other dates will be affected by this extension because this action was recently commenced.

    Thank you for your attention to this matter.

    Respectfully submitted,

    */s/ Justin M. Garbaccio*

    Justin M. Garbaccio